# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 23-cv-03056-MEH

JEFFREY LITTLE, individually and on behalf of all similarly situated persons,

Plaintiff,

v.

WENDY'S INTERNATIONAL, LLC,

Defendant.

---

## DECLARATION OF ATTORNEY ALEXANDER HOOD

I, Alexander Hood, declare that the following is true and correct based upon my personal knowledge:

1. I am Class Counsel in the above-captioned action.

2. In January 2023, I sent class-wide demands for unpaid wages to Defendant in this matter via emails to Defendant's counsel.

3. On January 9, 2023, I sent a demand for $5,930,118.70. The cover email for the demand is attached as Exhibit A and the demand itself is attached as Exhibit B.

4. On January 19, 2023, I sent a demand for $5,100,000.00. The cover email for the demand is attached as Exhibit C and the demand itself is attached as Exhibit D.

5. Plaintiff requested the names and contact information for class members in discovery in this matter in state court. Defendant objected to providing this information.

6. The state court held two discovery dispute hearings on the issue.

7. The first hearing was held on July 1, 2021, and resulted in Defendant being ordered to produce the names and contact information for 100 randomly selected class members.
8. The parties then conferred by email about how the 100 randomly selected class members should be chosen. That email conferral is attached as Exhibit E.
9. Pursuant to that conferral, Defendant then provided a random sample of 100 class members. That list is attached as Exhibit F.
10. Plaintiff then conducted a survey of the random sample and provided the survey responses to Defendant.
11. Plaintiff then requested an additional class member sample. After a September 10, 2021 discovery dispute hearing, the state court requested briefing on the issue. Plaintiff's brief on the issue is attached as Exhibit G.
12. As an exhibit to Plaintiff's brief on the matter, Plaintiff attached a declaration from the vendor Plaintiff hired to conduct the initial survey. That declaration is attached as Ex. H.
13. In response to Plaintiff's second request for a random sample, the state court issued an order requiring an additional 100 class member sample on November 4, 2021. That order is attached as Exhibit I.
14. Defendant provided Plaintiff with an additional 100 class member sample.
15. Pursuant to the state court's order, Plaintiff contacted each member of the second 100 class member sample by phone and text.
16. Plaintiff provided Defendant with logs of the calls and texts that Plaintiff's representative made to the second 100 class member sample. The email conveying the text log to Defendant's counsel is attached as Exhibit J and the text log is attached as Exhibit K. The

3

email conveying the call log to Defendant's counsel is attached as Exhibit L and the call log is attached as Exhibit M.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 22, 2023

*s/Alexander Hood*
Alexander Hood, Class Counsel