# EXHIBIT A

## Demand for Unpaid Wages to Wendy's International, LLC

**Alexander Hood** <Alex@hoodlawpllc.com>  Mon, Jan 9, 2023 at 4:48 PM
To: "Owen, Brent R." <brent.owen@squirepb.com>
Cc: Brian Gonzales <BGonzales@coloradowagelaw.com>, "Kirila, Jill S." <jill.kirila@squirepb.com>

Brent,

Please see the attached demand for wages to Wendy's International, LLC.

Thank you.

Alexander Hood, Attorney
Hood Law Office, PLLC
720-381-4142

 **Demand for Wages to Wendy's International.pdf**
63K