# EXHIBIT B

Re: Demand for Unpaid Wages

To: WENDY'S INTERNATIONAL, LLC, c/o Brent R. Owen, Squire Patton Boggs (US) LLP, 717 17th Street, Suite 1825, Denver, CO 80202

Date: January 9, 2023

Pursuant to C.R.S. §8-4-109, demand is made for payment of wages in the amount of $5,930,118.70 on behalf of Jeffrey Little and all current and former hourly employees who worked for Wendy's International, LLC in Colorado from October 25, 2014 to January 9, 2023.

Please forward payment to: The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, Colorado 80528.