# EXHIBIT C

## Demand for Unpaid Wages to Wendy's International, LLC

**Alexander Hood** <Alex@hoodlawpllc.com>  Thu, Jan 19, 2023 at 4:49 PM
To: "Owen, Brent R." <brent.owen@squirepb.com>
Cc: "Kirila, Jill S." <jill.kirila@squirepb.com>, Brian Gonzales <BGonzales@coloradowagelaw.com>

Brent,

Please see the attached demand for wages to Wendy's International, LLC pursuant to CRS 8-4-109.

Thank you.

Alexander Hood, Attorney
Hood Law Office, PLLC
720-381-4142


**Demand for Wages to Wendy's International 1.19.23.pdf**
66K