# EXHIBIT D

Re: Demand for Unpaid Wages

To: WENDY'S INTERNATIONAL, LLC, c/o Brent R. Owen, Squire Patton Boggs (US) LLP, 717 17th Street, Suite 1825, Denver, CO 80202

Date: January 19, 2023

Pursuant to C.R.S. § 8-4-109, Jeffrey Little, and designated representative attorneys Alexander Hood and Brian D. Gonzales, hereby demand payment of wages in the amount of $5,100,000.00 for Mr. Little and all current and former hourly employees who worked for Wendy's International, LLC in its Colorado Wendy's restaurants from October 25, 2017 to January 19, 2023. Please note that this is a statutory demand for payment of wages or compensation, not an offer to settle the pending lawsuit. Moreover, the amount demanded is only unpaid wages or compensation under the Colorado Wage Claim Act. It does not include other amounts, including (1) attorney's fees or (2) damages or penalties that may be recoverable under any other statute or common law claim.

Please forward payment to: The Law Offices of Brian D. Gonzales, PLLC, 2580 East Harmony Road, Suite 201, Fort Collins, Colorado 80528.