# EXHIBIT E

## Wendy's - 100 Person Sample

**Alexander Hood** <Alex@hoodlawpllc.com>   Wed, Jul 14, 2021 at 1:51 PM
To: "Owen, Brent R." <brent.owen@squirepb.com>
Cc: Brian Gonzales <BGonzales@coloradowagelaw.com>, "Conley, Sarah" <sarah.conley@squirepb.com>, "Runck, Linda" <linda.runck@squirepb.com>

Hi Brent,

This process sounds fine. However, note that you've only provided 99 employee ID numbers because the first row has a heading. As discussed with the Court, please provide names, emails, and phone numbers (to the extent your client has them) for 100 randomly selected employee IDs using the process you describe.

Best,

Alex

Alexander Hood, Attorney
Hood Law Office, PLLC
720-381-4142

On Wed, Jul 14, 2021 at 1:35 PM Owen, Brent R. <brent.owen@squirepb.com> wrote:

> Good afternoon Alex,
>
> Thanks for your email.  I hope your week is going well.
>
> Attached find 100 randomly selected employee IDs from Wendy's.  I made the list tracking the process you suggested in your email on July 6: Wendy's pulled all the employee IDs for any hourly employee who worked at Wendy's in Colorado in the last three years.  We added a column to assign programmatically generated random numbers to each column.  We then sorted using those random numbers to get 100 IDs.
>
> If this approach is acceptable to you, I will circle back with the name and address information for each of the 100 randomly selected employee IDs on the attached list. Let me know if you'd like to schedule a call to discuss.
>
> Regards,
>
> Brent
>
> 
>
> **Brent R. Owen**
>
> Partner
>
> Squire Patton Boggs (US) LLP
>
> 1801 California Street, Suite 4900

Denver, Colorado 80202

T  +1 303 894 6111

M  +1 972 762 7300

**brent.owen@squirepb.com** | squirepattonboggs.com

**From:** Alexander Hood <Alex@hoodlawpllc.com>
**Sent:** Wednesday, July 14, 2021 9:01 AM
**To:** Owen, Brent R. <brent.owen@squirepb.com>
**Cc:** Brian Gonzales <BGonzales@coloradowagelaw.com>
**Subject:** [EXT] Re: Wendy's - 100 Person Sample

Hi Brent,

What's the word on this? We need to get a process in place asap.

Alexander Hood, Attorney

Hood Law Office, PLLC

720-381-4142

On Tue, Jul 6, 2021 at 1:23 PM Alexander Hood <Alex@hoodlawpllc.com> wrote:

> Hi Brent,
>
> We are eager to move forward with the 100 person sample ordered by the Court on Thursday. We are open to your suggestions on how to proceed. One easy approach would be to have you disclose anonymous employee numbers for the proposed class and we could pull 100 employees with a random number generator. You could then produce the names and contact information for the randomly selected 100. But this is obviously dependent on how your client keeps its employee records.
>
> Please let us know how you'd like to proceed.
>
> Best,
>
> Alexander Hood, Attorney
>
> Hood Law Office, PLLC
>
> 720-381-4142

----------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
----------------------------------------------------------------