# EXHIBIT F

| # | Employee Nu | Full Name | Address Line1 | Address Line2 | Town Or City | State Or Province Abbr | Postal Code | Home Phone |
|---|---|---|---|---|---|---|---|---|
| 1 | 1321853 | Moua, Genesis V (Genesis) | | | | | | |
| 2 | 1319751 | Saxton, Dejon A (Dejon) | | | | | | |
| 3 | 1306588 | Nguyen, Tommy (Tommy) | | | | | | |
| 4 | 1320918 | Martinez, Amanda (Amanda) | | | | | | |
| 5 | 1305601 | Delgado, Ronnie (Ronnie) | | | | | | |
| 6 | 1319335 | Gordon, Anthony K (Tony) | | | | | | |
| 7 | 1324976 | Gonzales, Anthony (Anthony) | | | | | | |
| 8 | 1259836 | Diaz, Luis Enrique | | | | | | |
| 9 | 1325588 | Angel, Emily (Emily) | | | | | | |
| 10 | 1323072 | Santiago, Brian W. (Brian) | | | | | | |
| 11 | 0564573 | Gonzales, Dannielle Jean | | | | | | |
| 12 | 1293927 | Lay, Alexander Christopher | | | | | | |
| 13 | 1259210 | Gallegos, Rosa Maria | | | | | | |
| 14 | 1308388 | Wells, Cederick Lamar (Cederick) | | | | | | |
| 15 | 1302015 | garcia, christopher (christopher) | | | | | | |
| 16 | 1288499 | Dupont, Zachary Dougles | | | | | | |
| 17 | 1318648 | Harris, Mayan Reanez (Mayan) | | | | | | |
| 18 | 1150284 | Roberts, Anthony William (Anthony) | | | | | | |
| 19 | 1287086 | Zavala, Judith | | | | | | |
| 20 | 1314336 | Lopez-Morales, Francisco (Francisco) | | | | | | |
| 21 | 1318257 | Quezada, Jose (Juan) | | | | | | |
| 22 | 1305069 | Gilg, Katrina (Katrina) | | | | | | |
| 23 | 1076271 | Vohra, Poonam (Poonam) | | | | | | |
| 24 | 1310068 | Murillo, Marco (Marco) | | | | | | |
| 25 | 1323383 | Lopez, Ricardo (Ricardo) | | | | | | |
| 26 | 1300797 | Davis, Wendy Ann (Wendy) | | | | | | |
| 27 | 1309182 | McMillen, Kira Evelyn (Kira) | | | | | | |
| 28 | 1293134 | Soto-Alvarez, Edder Alexis | | | | | | |
| 29 | 1318481 | Duran, Emilio Ray (Emilio) | | | | | | |
| 30 | 1318593 | Rodriguez-Cruz, Adrianna (Adrianna) | | | | | | |
| 31 | 0219936 | Gutierrez, Josedejesus | | | | | | |
| 32 | 1316619 | Moreau, Lane Brian (Lane) | | | | | | |
| 33 | 1311456 | Nevarez, Jorge Ramon (Jorge) | | | | | | |
| 34 | 1329216 | Sandoval, Liliana (Liliana) | | | | | | |
| 35 | 1313277 | Taylor, Rosabel S (Rosabel) | | | | | | |
| 36 | 1302182 | Darnell, Timothy R (Timothy) | | | | | | |
| 37 | 1312987 | Bustillos, Jaqueline (Jaqueline) | | | | | | |
| 38 | 1314542 | krueger, kameron s (kameron) | | | | | | |
| 39 | 1301956 | Ponder, Kyri Malik (Kyri) | | | | | | |
| 40 | 1283512 | Gelo, Mikala Marie (Mikala) | | | | | | |
| 41 | 1298015 | Villagran, Everardo (Everardo) | | | | | | |
| 42 | 1331053 | Alpert, Bella (Bella) | | | | | | |
| 43 | 1319363 | Mundt, Matthew (Matthew) | | | | | | |
| 44 | 1325070 | Gonzalez, Gualberto (Gualberto) | | | | | | |
| 45 | 1306946 | Durand, Jacob (Jacob) | | | | | | |
| 46 | 1285483 | Rapue, Christine | | | | | | |
| 47 | 1284212 | Gonzalez, Samuel | | | | | | |
| 48 | 1269889 | Crull, Melissa Shantel | | | | | | |
| 49 | 1301680 | Crihfield, Donavan Dale (Donavan) | | | | | | |
| 50 | 1283282 | Mendoza, Shaun Angel | | | | | | |
| 51 | 1311218 | Aurit, Evan (Evan) | | | | | | |
| 52 | 1296942 | Bocanegra, Gustavo Rodolfo (Gustavo) | | | | | | |
| 53 | 1283062 | Morgan, DeAngelo | | | | | | |
| 54 | 1326361 | Henning, Andrius (Andrius) | | | | | | |
| 55 | 1259207 | Boss, Austin Zachery | | | | | | |
| 56 | 0209183 | Rosas, Martin Rosas | | | | | | |
| 57 | 1294198 | Sullivan, Nathaniel Isaiah | | | | | | |
| 58 | 1329254 | Bravo, Steven (Steven) | | | | | | |



| # | ID | Name |
|---|---|---|
| 59 | 1299609 | Whitmore, Taylor J (Taylor) |
| 60 | 1308389 | RODRIGUEZSILVA, GLORIA (GLORIA) |
| 61 | 1314357 | Collins, Davonna Marie (Davonna) |
| 62 | 1307355 | Quijada, Kevin (Kevin) |
| 63 | 1306839 | Helm, Lacie (Lacie) |
| 64 | 1306706 | Smith, Naja Shaquan (Naja) |
| 65 | 1300016 | Ingalls, lauren (lauren) |
| 66 | 1316643 | Cruz, Karen Juana (Karen) |
| 67 | 1215365 | Badders, Sean |
| 68 | 1324690 | Gallegos, Tomas (Tomas) |
| 69 | 1324974 | Ediger, Bridget (Bridget) |
| 70 | 1300994 | jennen, jesssica lois (jesssica) |
| 71 | 1305885 | Rojas, Le-Tia Michelle-Renee (Le-Tia) |
| 72 | 1312329 | Trevino, Antonio (Antonio) |
| 73 | 1310158 | Rosales, Lisdi (Lisdi) |
| 74 | 1289651 | Collier, Treanna Marie (Treanna) |
| 75 | 1282454 | Hernandez, Ashley |
| 76 | 1311594 | Camacho, Julieta Ramirez (Julieta) |
| 77 | 1311187 | Sterling, LaRae (LaRae) |
| 78 | 1308420 | aryal, shivangi (shivangi) |
| 79 | 1320390 | Englert, Kyle (Kyle) |
| 80 | 1303161 | Thome, David Alexander (David) |
| 81 | 1321487 | Harmann, William (William) |
| 82 | 1320612 | Valdes, Jose (Jose) |
| 83 | 1322358 | Drummer, Tiffany (Tiffany) |
| 84 | 1329651 | Meza, Emely (Emely) |
| 85 | 0635717 | Valdez, Margarita (Margarita) |
| 86 | 1295819 | Jewett, Jason Tyler (Jason) |
| 87 | 1320688 | Santistevan, Anthony (Anthony) |
| 88 | 1307391 | Ruiz, Ruben Anthony (Ruben) |
| 89 | 1301900 | Castillo, Angelique Marie (Angelique) |
| 90 | 1291011 | Eagle, Heather Elaine |
| 91 | 1309704 | Strasheim, Joseph Paul (Joseph) |
| 92 | 1330561 | Mares, Alyse (Alyse) |
| 93 | 1266774 | Thomas, Jackson Alridge (Jackson) |
| 94 | 1266070 | Adams, Jamieon Donte |
| 95 | 1305214 | Aguilar, Alexander Tim (Alexander) |
| 96 | 1308060 | Guerrero, Adrian Ambrosio (Adrian) |
| 97 | 1318379 | Apodaca, Jaelyssa (Jaelyssa) |
| 98 | 1299637 | Warden, Antionette Patricia (Antionette) |
| 99 | 1284411 | Gonzalez, Gabriel Antonio |
| 100 | 1320733 | Lester, Bettiejimae (Bettiejimae) |

