# EXHIBIT H

| | |
|---|---|
| District Court, City & County of Denver, Colorado<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| **Plaintiff**: JEFFREY LITTLE, individually and on behalf of all similarly situated persons<br><br>v.<br><br>**Defendant**: WENDY'S INTERNATIONAL, LLC | ▲ COURT USE ONLY ▲<br><br>Case No.: 20-CV-33621<br><br>Courtroom: 269 |
| **DECLARATION OF ANTHONY GOMEZ** | |

I, Anthony Gomez, declare that the following is true and correct based upon my personal knowledge:

1. I am a partner with Optime Administration, LLC ("Optime").

2. Optime was engaged by Plaintiff's counsel in this matter to conduct a survey of 100 people.

3. My understanding is that these 100 people were randomly selected from current and former employees of Defendant in this matter.

4. Optime conducted the survey as instructed by Plaintiff's counsel as follows.

5. Plaintiff's counsel provided a survey form and Optime placed the survey form on the internet so respondents could complete the survey online.

6. Optime called and texted each person on the 100-person list once.

7. Plaintiff's counsel provided a script to use for each call and text.

8. For calls, Optime used the following script (both for live calls and voicemails):

1

> My name is [INSERT NAME]. I work for attorneys bringing a lawsuit against Wendy's about Wendy's workers in Colorado not receiving appropriate breaks. A court required Wendy's to give us your name and contact information because you work for Wendy's and might have information about the case. The attorneys are trying to gather more information about Wendy's policies for providing 10-minute rest breaks and 30-minute meal breaks. Would you mind answering some questions to help us figure out if Wendy's is paying its employees correctly?

9. When Optime made contact with a confirmed person on the list, and after reading the call script, Optime asked for permission to text the survey to the class member to complete.

10. When Optime reached a voicemail, Optime read the same script given for live calls and in addition to that left a call back number for respondents to call back.

11. For texts, Optime used the following script:

> This is from attorneys bringing a lawsuit against Wendy's for not providing legally required breaks. A Court ordered Wendy's to give us your contact information. Please complete the survey here to help with our investigation: [INSERT INTERNET LINK].

12. Many of the phone numbers provided on the 100-person list were no longer accurate. As a result, Optime experienced the following in conducting the survey:

    - 17 phone numbers that were confirmed accurate
    - 13 disconnected numbers
    - 4 wrong numbers (e.g., voicemails with different names)
    - 8 numbers that did not pick up and had no voicemail
    - 45 unconfirmed phone numbers (e.g., voicemails with carrier default greetings)
    - 13 potential respondents did not have a phone number

13. From the accurate phone numbers, Optime received the survey responses attached as Exhibit 1 to this declaration.

14. My understanding is that Defendant's attorney requested changes to the survey after we started the survey process. This is one of the reasons for the language in the first completed survey being different than the remaining seven.

15. From Optime's experience as a class action action administrator, administering class action notices and class action settlements, 8 survey responses from 17 confirmed accurate phone numbers is a significant response rate.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on September 1, 2021

_____
Anthony Gomez

# EXHIBIT 1

Document ID: 210c918a69c3c4a27c24f6c579ccb8b004fcdfc4
Generated on: July 22, 2021
Signed On: https://optimeadminforms.com/

# Wendy's Employee Survey - shivangi Aryal

This survey is to help us evaluate the claims in the Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.) class action lawsuit. As a current or former employee, you may be part of the lawsuit. The lawsuit says that Wendy's did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees. If you would like to assist, please answer the following questions.

1. What is your full name?

shivangi aryal

2. What is your email address?

Shivangiaryal22@gmail.com

3. What is your telephone number?

7202067518

4. What Wendy's store(s) did you mostly work at?

☐Store #557: 8405 W. COLFAX AVE, LAKEWOOD, LAKEWOOD, COLORADO, 80215
☐Store #559: 7397 FEDERAL BLVD, WESTMINSTER, WESTMINSTER, COLORADO, 80030
☐Store #561: 3955 WADSWORTH BLVD., WHEAT RIDGE, WHEAT RIDGE, COLORADO, 80033
☐Store #562: 2070 S. FEDERAL BLVD, DENVER, DENVER, COLORADO, 80219
☐Store #564: 2247 S. MONACO PKWY, DENVER, DENVER, COLORADO, 80222
☐Store #567: 6995 W ALAMEDA AVE, LAKEWOOD, LAKEWOOD, COLORADO, 80226
☐Store #568: 8970 WASHINGTON ST, THORNTON, THORNTON, COLORADO, 80229
☐Store #574: 65 S. UNION BLVD, LAKEWOOD, LAKEWOOD, COLORADO, 80228
☐Store #697: 15400 E. COLFAX AVE, AURORA, AURORA, COLORADO, 80011
☐Store #818: 6001 DEXTER STREET, COMMERCE CITY, COMMERCE CITY, COLORADO, 80022
☐Store #831: 8750 WADSWORTH BLVD, ARVADA, ARVADA, COLORADO, 80003
☐Store #855: 3110 PARKER RD, AURORA, AURORA, COLORADO, 80014
☐Store #879: 5775 LOGAN ST, DENVER, DENVER, COLORADO, 80216
☐Store #892: 7807 W. JEWELL AVE, LAKEWOOD, LAKEWOOD, COLORADO, 80232
☐Store #904: 8555 W. BELLEVIEW AVE, LITTLETON, LITTLETON, COLORADO, 80123
☐Store #976: 16901 E. ILIFF AVE, AURORA, AURORA, COLORADO, 80013
☐Store #1660: 8040 S. BROADWAY, LITTLETON, LITTLETON, COLORADO, 80122
☐Store #1811: 201 E. 6TH AVE, DENVER, DENVER, COLORADO, 80203
☐Store #2014: 4250 E. ALAMEDA AVE, GLENDALE, GLENDALE, COLORADO, 80246
☐Store #2091: 1500 E. 104TH AVE, THORNTON, THORNTON, COLORADO, 80233
☐Store #2095: 9209 SHERIDAN BLVD, WESTMINSTER, WESTMINSTER, COLORADO, 80031
☐Store #2096: 515 S BROADWAY, DENVER, DENVER, COLORADO, 80209
☐Store #2097: 550 SHERIDAN BLVD, DENVER, DENVER, COLORADO, 80226
☐Store #2175: 5070 S SYRACUSE ST, DENVER, DENVER, COLORADO, 80237
☐Store #2233: 10335 FEDERAL BLVD, WESTMINSTER, WESTMINSTER, COLORADO, 80260
☐Store #2620: 6290 N. SHERIDAN BLVD, ARVADA, ARVADA, COLORADO, 80003
☐Store #2621: 4020 CHAMBERS RD, DENVER, DENVER, COLORADO, 80239
☐Store #4854: 9200 E. ARAPAHOE RD, GREENWOOD VILLAGE, GREENWOOD VILLAGE, COLORADO, 80112
☐Store #7726: 2681 E 120TH AVE, THORNTON, THORNTON, COLORADO, 80233
☐Store #7742: 5155 S. BROADWAY, ENGLEWOOD, ENGLEWOOD, COLORADO, 80113
☐Store #7743: 14565 W. 64TH AVE, ARVADA, ARVADA, COLORADO, 80004
☐Store #8256: 18700 E. HAMPDEN AVE, AURORA, AURORA, COLORADO, 80013
☐Store #8257: 16931 E. LINCOLN AVE, PARKER, PARKER, COLORADO, 80134



Document ID: 210c918a69c3c4a27c24f6c579ccb8b004fcdfc4
Generated on: July 22, 2021
Signed On: https://optimeadminforms.com/

☒Store #8268: 6240 S GUN CLUB RD, AURORA, AURORA, COLORADO, 80016
☐Store #8969: 6721 S. POTOMAC ST, CENTENNIAL, CENTENNIAL, COLORADO, 80112
☐Store #9067: 4101 E. 136TH AVE, THORNTON, THORNTON, COLORADO, 80602
☐Store #9713: 4830 TOWER RD, DENVER, DENVER, COLORADO, 80249
☐Store #9776: 2485 S. UNIVERSITY BLVD, DENVER, DENVER, COLORADO, 80210
☐Store #10902: 3435 SALIDA ST, AURORA, AURORA, COLORADO, 80011
☐Store #11190: 15297 E. MISSISSIPPI AVE, AURORA, AURORA, COLORADO, 80012
☐Store #11595: 9185 CROWN CREST BLVD, PARKER, PARKER, COLORADO, 80138
☐Store #12478: 15581 EAST 104TH AVE, COMMERCE CITY, COMMERCE CITY, COLORADO, 80022
☐Store #12083: 7301 E. HAMPDEN AVE, DENVER, DENVER, COLORADO, 80231

5. What were your estimated dates of employment? Example June 2019 to May 2020

May 2019 to feb 2020

6. On average, how long was your typical shift?

☐2 hours
☐3 hours
☐4 hours
☐5 hours
☐6 hours
☐7 hours
☒8 hours
☐Other (please specify below)

7. On average, how many shifts did you work in a typical week?

☐1
☐2
☐3
☐4
☒5
☐6
☐7
☐Other (please specify below)

8. Under the law, you should get a **10 minute rest break** every 4 hours or major fractions thereof (i.e., one 10 minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). On average, what percentage of the time did you get a 10 minute rest break for every 4 hours (or major fractions thereof) you worked (excluding meal breaks)? ○ 0%○ 10%○ 20%○ 30%○ 40%○ 50%○ 60%○ 70%◉ 80%○ 90%○ 100%

9. Did you typically clock in and out when you took a **rest break**? ◉ YES○ NO



Document ID: 210c918a69c3c4a27c24f6c579ccb8b004fcdfc4
Generated on: July 22, 2021
Signed On: https://optimeadminforms.com/

10. Under the law, you should get one **30 minute lunch break** on each shift longer than 5 hours. On average, what percentage of the time did you get a full **30 minute** lunch break when your shift exceeded 5 hours? ○ 0% ○ 10% ○ 20% ○ 30% ○ 40% ○ 50% ○ 60% ○ 70% ⊙ 80% ○ 90% ○ 100%

11. Did you typically clock in and out when you took a **lunch break**? ⊙ YES ○ NO

12.

Our kitchen looked pretty bad after our gm left the store. That store was very messy and very unorganized that's the reason i left the store.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date Signed: July 22, 2021

Signed By shivangi Aryal
Signed On: July 22, 2021



Document ID: 0488478caf5f82e392ad7ec7373594f1a134aa83
Generated on: August 23, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Antonio Trevino

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

May 2019 to July 2019

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ◉ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know  ◉ Yes  ○ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know  ○ Yes  ◉ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 23, 2021

Signed By Antonio Trevino
Signed On: August 23, 2021



Document ID: 84b8f4cc0b7a9d5ae8a4f1dc1defbbfbc72f9791
Generated on: August 23, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Emilio Duran

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

March 2020

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know ○ Yes ⦿ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know ○ Yes ⦿ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know ○ Yes ⦿ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 23, 2021

*[signature: Emilio Duran]*

Signed By Emilio Duran
Signed On: August 23, 2021



Document ID: 18166cfad3128f2b1640e8b19e895181a3169c72
Generated on: August 23, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Lisdi Rosales

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

June 2019 to September 2019

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know ○ Yes ◉ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know ○ Yes ◉ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know ○ Yes ◉ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 23, 2021

*[signature]*

Signed By Lisdi Rosales
Signed On: August 23, 2021



Optime Administration Forms
Page 1 of 2
Audit Trail Serial# 16e7ae8d10e9378c8c91cc293160ccbf

Document ID: fca40c238a8184b62a20d724fbb25337a014b966
Generated on: August 23, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Lacie Helm

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

January 2018

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ⊙ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ⊙ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know  ○ Yes  ⊙ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 23, 2021

*[signature: Lacie Helm]*

Signed By Lacie Helm
Signed On: August 23, 2021

Document ID: 8790c6ee0610e7e0cd0da070d472e133a0a6c605
Generated on: August 24, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Sonia Perez

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

May 2019 to October 2020

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know ○ Yes ◉ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know ○ Yes ◉ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know ○ Yes ◉ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 24, 2021



Signed By Sonia Perez
Signed On: August 24, 2021

Document ID: bb43a8e0c5717c0f7d11c74d5d3276d35ac90143
Generated on: August 23, 2021
Signed On: https://optimeadminforms.com/

## Wendy's Survey - Tommy Nguyen

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

Feb 2019 to January 2020

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ◉ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ◉ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know  ○ Yes  ◉ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 23, 2021



Signed By Tommy Nguyen
Signed On: August 23, 2021



Document ID: c4ccff82d383b9c60025d990cd30677cd6b6c5b1
Generated on: August 24, 2021
Signed On: https://optimeadminforms.com/

# Wendy's Survey - Marlenne G Martinez

This survey is from the attorneys for Jeffrey Little in the putative class action lawsuit Little v. Wendy's, Case No. 2020cv033621 (Den. Co. Dist. Ct.). The lawsuit says that Wendy's employees, like you, did not receive all of their required meal and rest breaks. To help us investigate the claims, the Court ordered Wendy's to provide contact information for a sample of employees, which included you. If you would like to assist in investigating the claims in the case, please answer the following questions.

1. What were your estimated dates of employment? (Example: June 2019 to May 2020)

June 2019 to August 2021

2. Under the law, you should get a **10-minute rest break** every 4 hours or major fractions thereof (i.e., one 10-minute break if your shift is 2 to 6 hours, two breaks if your shift is 6-10 hours). **Did you always get legally required 10-minute rest breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ⦿ No

3. Under the law, you should get one **30-minute lunch break** on each shift longer than 5 hours. **Did you always get legally required 30-minute lunch breaks when you worked for Wendy's?**

○ I don't know  ○ Yes  ⦿ No

4. Did Wendy's pay you **any extra money** if you did not receive a legally required rest or meal break?

○ I don't know  ○ Yes  ⦿ No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Date: August 24, 2021



Signed By Marlenne G Martinez
Signed On: August 24, 2021