# EXHIBIT I

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202<br>**Plaintiff(s)** JEFFREY LITTLE<br>v.<br>**Defendant(s)** WENDYS DIGITAL LLC et al. | DATE FILED: November 4, 2021 10:54 AM<br>CASE NUMBER: 2020CV33621<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2020CV33621<br>Division: 269        Courtroom: |
| **Order re: Wendy's International, LLC's Brief on Discovery Issues** | |

This matter comes before the Court on Wendy's International, LLC's ("Defendant") Brief on Discovery Issues, filed on October 1, 2021. The Court has received a Response and Reply. The Court, being fully advised in the matter, hereby finds and Orders as follows:

1. Plaintiff is entitled to an additional one hundred (100) names for further survey administered in the same manners as before.

2. Additional surveys shall not include any disclaimers other than currently provided disclaimers. With the additional language that completing the survey is voluntary.

3. Plaintiff shall produce within fourteen (14) days of this Order: (1) the contract under which its agent is contacting putative class members; and (2) records of the time and date of each contact by the administrator to confirm the absence of harassment. Plaintiff shall ensure that this production is supplemented as appropriate.

4. Any additional survey responses shall be produced to Defendant upon receipt.

5. Defendant shall be entitled to conduct its investigation and contact putative class members provided that the communications are not misleading per *Air Commun. & Satellite, Inc. v. Echostar Satellite Corp.*, 38 P.3d 1246 (Colo. 2002).

6. Defendant is entitled to depose 10% of new survey respondents of Defendant's choosing, subject to subpoenas, rounding up to the nearest whole number, in addition to the four depositions previously ordered.
a. If survey results are minimal, parties may re-raise the issue of the allowed number of depositions at a later time.
i. For example, if survey results lead to 5 depositions or fewer, Defendants may contact the court to schedule a hearing by which they may raise an issue with the amount of depositions available.

7. Depositions shall not exceed three hours in length.

Issue Date:  11/4/2021

*[signature]*

MICHAEL JAMES VALLEJOS
District Court Judge