# EXHIBIT J

## Little v. Wendy's -- Second Set of Responses

**Alexander Hood** <Alex@hoodlawpllc.com>  Thu, Feb 3, 2022 at 1:08 PM
To: "Owen, Brent R." <brent.owen@squirepb.com>
Cc: Brian Gonzales <BGonzales@coloradowagelaw.com>

Brent,

Attached is what I understand to be all of the responses from the second list you sent. There's some overlap -- 3 I believe -- between these and the ones I sent to you a few weeks ago. But I thought all of them in one email would make it easier. Also attached is a log of when texts were sent. I've requested the call log too, and should have that shortly.

I think I told you, but the person doing the texts and calls got covid in the middle of it. So that is the reason for the break between the texts and calls.

I'll respond separately about the depos and the hearing.

All the best,

Alexander Hood, Attorney
Hood Law Office, PLLC
720-381-4142

**9 attachments**

- **form-15-submission-669.pdf** 31K
- **form-15-submission-665.pdf** 31K
- **form-15-submission-666.pdf** 32K
- **form-15-submission-664.pdf** 31K
- **form-15-submission-670.pdf** 31K
- **form-15-submission-671.pdf** 32K
- **form-15-submission-672.pdf** 32K
- **form-15-submission-673.pdf** 31K
- **Wendy's Corp Survey 2 Text Log.xlsx** 38K