# EXHIBIT K

| Employee Number | Full Name | LAST | FIRST | MIDDLE | CELL | Text Date | Text Result |
|---|---|---|---|---|---|---|---|
| 12 1149187 | Navarette, Alicia A | Navarette | Alicia | A | | 1/13/2021 | Delivered |
| 62 1293643 | HernandezMarin, Jose A | HernandezMarin | Jose | A | | 1/13/2021 | Delivered |
| 54 1320262 | Myrant, Sarah Abigail (Sarah) | Myrant | Sarah | Abigail | | 1/13/2021 | Undelivered - Hard Bounce |
| 53 1316566 | Nesbitt, Daniel Alan (Daniel) | Nesbitt | Daniel | Alan | | 1/13/2021 | Delivered |
| 50 1306110 | Tawr, Amna Albohra (Amna) | Tawr | Amna | Albohra | | 1/13/2021 | Delivered |
| 46 1297334 | Nevarez, Melissa Alexandra (Melissa) | Nevarez | Melissa | Alexandra | | 1/13/2021 | Opted Out |
| 17 1316321 | Stramel, Kathleen Alla (Kathleen) | Stramel | Kathleen | Alla | | 1/13/2021 | Delivered |
| 18 1298036 | Reed, Charles Allen (Charles) | Reed | Charles | Allen | | 1/13/2021 | Delivered |
| 90 1309588 | Mason, Anthony Angel (Anthony) | Mason | Anthony | Angel | | 1/13/2021 | Delivered |
| 41 1305008 | Garcia, Lorraine Ann (Lorraine) | Garcia | Lorraine | Ann | | 1/13/2021 | Delivered |
| 37 1287905 | Bennett, Kathryn Anne (Kathryn) | Bennett | Kathryn | Anne | | 1/13/2021 | Delivered |
| 13 1276946 | Nokes, Colin Anthony | Nokes | Colin | Anthony | | 1/13/2021 | Opted Out |
| 67 1207717 | Flores, Kezia Beatrice (Kezia) | Flores | Kezia | Beatrice | | 1/13/2021 | Delivered |
| 74 1297282 | Scruggs, Anthony C JR (Tony) | Scruggs JR | Anthony | C | | 1/13/2021 | Delivered |
| 30 1286349 | Hernandez, Bentura C | Hernandez | Bentura | C | | 1/13/2021 | Delivered |
| 94 1329540 | Braun, Tyler Cameron (Tyler) | Braun | Tyler | Cameron | | 1/13/2021 | Undelivered - Hard Bounce |
| 58 1306048 | Magill, Henry Charles (Henry) | Magill | Henry | Charles | | 1/13/2021 | Opted Out |
| 59 1291397 | Shultz, Bailey Christopher | Shultz | Bailey | Christopher | | | |
| 68 1308853 | Hussein, Abdifatah Dahir (Abdifatah) | Hussein | Abdifatah | Dahir | | 1/13/2021 | Delivered |
| 92 1311891 | Moeller, Timothy Dahlin (Timothy) | Moeller | Timothy | Dahlin | | 1/13/2021 | Delivered |
| 39 1309503 | marez, santana DeAngelo (santana) | marez | santana | DeAngelo | | 1/13/2021 | Delivered |
| 23 1299052 | Tovar, Ernesto Elias (Ernesto) | Tovar | Ernesto | Elias | | 1/13/2021 | Undelivered - Hard Bounce |
| 11 1298583 | Quelix, Katherine Fabiola (Katherine) | Quelix | Katherine | Fabiola | | 1/13/2021 | Undelivered - Hard Bounce |
| 70 1293781 | Eldisugi, Gaffer Ismat | Eldisugi | Gaffer | Ismat | | 1/13/2021 | Delivered |
| 4 1305803 | Ferguson, Daniel J (Daniel) | Ferguson | Daniel | J | | 1/13/2021 | Delivered |
| 9 1306445 | Wicks, Paula Jade (Paula) | Wicks | Paula | Jade | | 1/13/2021 | Undelivered - Hard Bounce |
| 88 1291855 | Harrison, Ryan James | Harrison | Ryan | James | | 1/13/2021 | Delivered |
| 48 1175772 | Gonzales, Carmen Jeanne | Gonzales | Carmen | Jeanne | | 1/13/2021 | Delivered |
| 27 1221325 | Cali, Sariah L | Cali | Sariah | L | | 1/13/2021 | Delivered |
| 34 1313009 | Turnbough, Jesse Lee (Jesse) | Turnbough | Jesse | Lee | | 1/13/2021 | Delivered |
| 82 1317582 | Morris, Anita Louise (Anita) | Morris | Anita | Louise | | 1/13/2021 | Undelivered - Hard Bounce |
| 65 1291542 | Blackgoat, shannon Lynn (shannon) | Blackgoat | shannon | Lynn | | 1/13/2021 | Undelivered - Hard Bounce |
| 60 1254370 | Alarcon, Janae M | Alarcon | Janae | M | | 1/13/2021 | Delivered |
| 42 1273931 | Correa, Jose Manuel (Jose) | Correa | Jose | Manuel | | 1/13/2021 | Delivered |
| 63 1314159 | Mckibbin, Ashley Marie (Ashley) | Mckibbin | Ashley | Marie | | 1/13/2021 | Delivered |
| 81 1095500 | Campbell, Emily Marie (Emily) | Campbell | Emily | Marie | | 1/13/2021 | Delivered |
| 25 1298805 | Smith, Dayton Marshall (Dayton) | Smith | Dayton | Marshall | | 1/13/2021 | Delivered |
| 97 1273595 | Baron, MaryRose Miravalles (MaryRose) | Baron | MaryRose | Miravalles | | 1/13/2021 | Delivered |
| 38 1306360 | Luther, Kennton Muthies (Kennton) | Luther | Kennton | Muthies | | 1/13/2021 | Delivered |
| 72 1311785 | Rivera, Elisha n (Elisha) | Rivera | Elisha | n | | 1/13/2021 | Delivered |
| 28 1317339 | Gardiner, Jacob Nathaniel (Jacob) | Gardiner | Jacob | Nathaniel | | 1/13/2021 | Delivered |
| 21 1224791 | Beard, Sharmaine Nicole (Sharmaine) | Beard | Sharmaine | Nicole | | 1/13/2021 | Delivered |
| 40 1316454 | Alvarez, Erik Omar (Erik) | Alvarez | Erik | Omar | | 1/13/2021 | Delivered |
| 71 1310930 | Knauber, Daniel Paul (Daniel) | Knauber | Daniel | Paul | | 1/13/2021 | Delivered |

| # | ID | Full Name | Last | First | Middle | | Date | Status |
|---|---|---|---|---|---|---|---|---|
| 3 | 1299488 | Jefferson, Jalen Romeal (Jalen) | Jefferson | Jalen | Romeal | ■ | 1/13/2021 | Undelivered - Hard Bounce |
| 87 | 1317030 | Garcia, Leena Rose (Leena) | Garcia | Leena | Rose | | 1/13/2021 | Delivered |
| 43 | 1289337 | Valenzuela-Green, Elijah Seth | Valenzuela-Green | Elijah | Seth | | 1/13/2021 | Delivered |
| 7 | 1315158 | Bowman, Breckel Treasure (Breckel) | Bowman | Breckel | Treasure | | 1/13/2021 | Opted Out |
| 56 | 1298749 | Goodloe, Malayah vernell (Malayah) | Goodloe | Malayah | vernell | | 1/13/2021 | Undelivered - Hard Bounce |
| 44 | 1298816 | Yolo, Daniel Wamboyo (Daniel) | Yolo | Daniel | Wamboyo | | 1/13/2021 | Delivered |
| 84 | 1315212 | Carey, Aidan Z (Aidan) | Carey | Aidan | Z | | 1/13/2021 | Delivered |
| 49 | 1302566 | Flores, Carlos Zacharia (Carlos) | Flores | Carlos | Zacharia | | 1/13/2021 | Delivered |
| 35 | 1328321 | Carmona, Aaron (Aaron) | Carmona | Aaron | | | 1/13/2021 | Delivered |
| 14 | 1324743 | Vigil, Alexis (Alexis) | Vigil | Alexis | | | 1/13/2021 | Delivered |
| 69 | 1305062 | Guildner, Andrea (Andrea) | Guildner | Andrea | | | 1/13/2021 | Delivered |
| 24 | 1329420 | Padilla, Anisa (Anisa) | Padilla | Anisa | | | | |
| 96 | 1300919 | Nelson, Anna (Anna) | Nelson | Anna | | ■ | 1/13/2021 | Delivered |
| 20 | 1297951 | Santamaria, Carmenza (Carmenza) | Santamaria | Carmenza | | | 1/13/2021 | Delivered |
| 10 | 1330916 | Allgeier, Christian (Christian) | Allgeier | Christian | | | 1/13/2021 | Delivered |
| 29 | 1320139 | Mejia, Cindy (Cindy) | Mejia | Cindy | | | 1/13/2021 | Delivered |
| 86 | 1311088 | Dickson, Cydney (Cydney) | Dickson | Cydney | | | 1/13/2021 | Delivered |
| 22 | 1329454 | Barra, Felicia (Felicia) | Barra | Felicia | | | | |
| 77 | 1331114 | Madril, Hope (Hope) | Madril | Hope | | ■ | 1/13/2021 | Delivered |
| 8 | 1328170 | Chambers, Isabella (Isabella) | Chambers | Isabella | | | 1/13/2021 | Delivered |
| 45 | 1313826 | Arias, Isidro (Isidro) | Arias | Isidro | | | 1/13/2021 | Delivered |
| 83 | 1306168 | Roque, Ivan (Ivan) | Roque | Ivan | | | 1/13/2021 | Delivered |
| 93 | 1328261 | Manzanares, James (James) | Manzanares | James | | | | |
| 95 | 1322288 | Greer, Jasmine (Jasmine) | Greer | Jasmine | | | | |
| 31 | 1248602 | Lopez, Jessica (Jessica) | Lopez | Jessica | | ■ | 1/13/2021 | Undelivered - Soft Bounce |
| 36 | 1326736 | Marquez, Jimena (Jimena) | Marquez | Jimena | | | 1/13/2021 | Delivered |
| 16 | 1325218 | Berger, Jordan (Jordan) | Berger | Jordan | | | | |
| 1 | 1327063 | Knopf, Joshua (Joshua) | Knopf | Joshua | | | | |
| 75 | 1320201 | Drapeau, Marie (Marie) | Drapeau | Marie | | | | |
| 85 | 1306827 | Williams, Marvin (Marvin) | Williams | Marvin | | ■ | 1/13/2021 | Delivered |
| 80 | 1305332 | Lobatos, Miguel (Miguel) | Lobatos | Miguel | | | 1/13/2021 | Opted Out |
| 78 | 1326203 | Alvarado, Patricia (Patricia) | Alvarado | Patricia | | | | |
| 32 | 1307758 | Reiner, Peter (Peter) | Reiner | Peter | | ■ | 1/13/2021 | Undelivered - Soft Bounce |
| 47 | 1320634 | Alonso, Phil (Phil) | Alonso | Phil | | | | |
| 98 | 1318834 | Bustillos, Ruth (Ruth) | Bustillos | Ruth | | ■ | 1/13/2021 | Opted Out |
| 76 | 1312366 | MartinezVarelas, Ryan (Ryan) | MartinezVarelas | Ryan | | | 1/13/2021 | Delivered |
| 2 | 1322840 | Cain, Skyler (Skyler) | Cain | Skyler | | | | |
| 99 | 1323723 | Herrera, Sophia (Sophia) | Herrera | Sophia | | | | |
| 52 | 1302743 | Lillyblad, Tina (Tina) | Lillyblad | Tina | | ■ | 1/13/2021 | Undelivered - Hard Bounce |
| 33 | 1313259 | Rodriguez, Veronica (Veronica) | Rodriguez | Veronica | | | 1/13/2021 | Undelivered - Hard Bounce |
| 6 | 1311022 | Sankpal, Vikesh (Vikesh) | Sankpal | Vikesh | | | 1/13/2021 | Delivered |
| 73 | 1303499 | NevarezAragonez, Zulema (Zuly) | NevarezAragonez | Zulema | | | 1/13/2021 | Delivered |
| 5 | 1283775 | Casillas, Hipolita | Casillas | Hipolita | | | 1/13/2021 | Delivered |
| 15 | 1294637 | Ortiz, Maryann | Ortiz | Maryann | | | 1/13/2021 | Undelivered - Hard Bounce |
| 19 | 1292749 | Byrd, Jesse | Byrd | Jesse | | | 1/13/2021 | Delivered |

| # | ID | Name | Last | First | | Date | Status |
|---|---|---|---|---|---|---|---|
| 26 | 1293002 | Delacruzavila, Brenda | Delacruzavila | Brenda | | 1/13/2021 | Delivered |
| 51 | 1210548 | Castaneda, Manuela | Castaneda | Manuela | | 1/13/2021 | Delivered |
| 55 | 1291332 | Bernal, Sandra | Bernal | Sandra | | 1/13/2021 | Undelivered - Hard Bounce |
| 57 | 1284842 | Linnell, Gannon | Linnell | Gannon | | 1/13/2021 | Delivered |
| 61 | 1293415 | Gates, Ananda | Gates | Ananda | | 1/13/2021 | Undelivered - Soft Bounce |
| 64 | 1294199 | Garcia, Evelia | Garcia | Evelia | | 1/13/2021 | Delivered |
| 66 | 1289634 | Cortez, Sandra | Cortez | Sandra | | 1/13/2021 | Undelivered - Hard Bounce |
| 79 | 0690797 | Hernandez, Antonio | Hernandez | Antonio | | 1/13/2021 | Undelivered - Hard Bounce |
| 89 | 1272180 | cook, rosa | cook | rosa | | 1/13/2021 | Undelivered - Soft Bounce |
| 91 | 0596755 | Garcia, Maria | Garcia | Maria | | 1/13/2021 | Undelivered - Hard Bounce |
| 100 | 1293829 | Knight, Kiara | Knight | Kiara | | 1/13/2021 | Delivered |