# EXHIBIT L

## Little v. Wendy's -- Second Set of Responses

**Alexander Hood** <Alex@hoodlawpllc.com>  Thu, Feb 3, 2022 at 1:39 PM
To: "Owen, Brent R." <brent.owen@squirepb.com>
Cc: Brian Gonzales <BGonzales@coloradowagelaw.com>, "Ballingrud, Sam B." <samuel.ballingrud@squirepb.com>

Call log attached.

Best,

Alexander Hood, Attorney
Hood Law Office, PLLC
720-381-4142

[Quoted text hidden]

 **Wendy's Corp Survey 2 Call Log for OC.xlsx**
28K