IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 23-cv-03056-CYC | Date: July 23, 2025 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

| _Parties:_ | _Counsel:_ |
|---|---|
| JEFFREY LITTLE, | Brian David Gonzales |
| Plaintiff, | |
| v. | |
| WENDY'S INTERNATIONAL, LLC, | Jill S. Kirila |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**FAIRNESS HEARING**

**9:05   a.m.   Court in session.**

Court calls case. Appearances of counsel. Plaintiff, Jeffrey Little present.

Court makes a record that only Counsel and the class representative are in the courtroom. No member of the class or the public appears in the gallery.

Discussion held on status of case and Unopposed Motion for Attorney's Fees and Expenses Pursuant to Fed. R. Civ. P. 13(h) [ECF No. 56] and Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement [ECF No. 59].

Plaintiff's counsel addresses the court. Plaintiff's counsel informs the court that defense counsel has agreed to accept claims through August 1, 2025.

Court asks plaintiff's counsel to address attorney's fees, claims rate, and service payment.

Discussion held on whether the claimants will need to be noticed about the new court date set. Plaintiff's counsel reserves the right to discuss notification further with his partner before deciding on notification.   Defense counsel makes a record that no additional notice is warranted.

**ORDERED:**      The Unopposed Motion for Attorney's Fees and Expenses Pursuant to FED. R. CIV. P. 23(h) [ECF No. 56] is **DENIED without prejudice**.

The Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement [ECF No. 59] is **DENIED without prejudice**.

Plaintiff will file an Amended Motion for Attorney's Fees and Expenses Pursuant to FED. R. CIV. P. 23(h) and an Amended Motion for Final Approval of Proposed Class Action Settlement Agreement within 45 days of today's hearing.

Today's Fairness Hearing is continued until October 1, 2025, at 2:00 p.m. in Courtroom C205 before Magistrate Judge Cyrus Y. Chung.

**9:59   a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   0:54

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.