IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action No: 23-cv-03056-CYC                 Date: October 1, 2025
Courtroom Deputy: Stephanie Price                FTR: Courtroom C205

| *Parties:* | *Counsel:* |
|---|---|
| JEFFREY LITTLE, | Brian David Gonzales |
|  | Alexander Neville Hood |
| Plaintiff, |  |
| v. |  |
| WENDY'S INTERNATIONAL, LLC, | Jill S. Kirila |
| Defendant. |  |

**COURTROOM MINUTES/MINUTE ORDER**
**FAIRNESS HEARING**

**1:56   p.m.   Court in session.**

Court calls case. Appearances of counsel.

Discussion held on the settlement agreement.

**ORDERED:**   **FINAL ORDER** issued by the Court **GRANTING** the Amended Unopposed Motion for Final Approval of Proposed Class Action Settlement Agreement, ECF No. 64, and the Unopposed Motion for Attorney's Fees and Expenses Pursuant to Fed. R. Civ. P. 23(h), ECF No. 65.

The Court finds that the Settlement (ECF No. 47-1) is fair, adequate, and reasonable pursuant to Fed. R. Civ. P. 23(e).

The Settlement is therefore **APPROVED**.

The plan of allocation described in the Settlement is **APPROVED**. The Settlement Administrator shall be paid fees and costs it accrues out of the settlement fund not to exceed the $133,411.00 amount in its estimate. See ECF No. 47-7. If the Settlement Administrator accrues fees and costs in excess of its estimate, it shall petition the Court for those additional amounts through Class Counsel.

In addition to his pro rata portion of the class fund, Plaintiff shall receive a service award in the amount of $30,000 in recognition of his service to class members in securing the Settlement. The Settlement Administrator shall pay Plaintiff the service award out of the settlement fund.

Class Counsel's request for attorney's fees and expenses totaling $1,580,000.00 is **APPROVED** as fair and reasonable. The Settlement Administrator shall pay Class Counsel their fees and expenses out of the settlement fund consistent with the Settlement Agreement Disbursement of the settlement funds shall occur consistent with the deadlines set in the Settlement Agreement.

The Parties shall file a stipulated dismissal of all claims, **with prejudice, within 7 days** of Defendant funding the settlement fund as required by the Settlement agreement.

**2:45 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   0:49

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.